# Court of Appeals
# of the State of Georgia

ATLANTA, __October 25, 2024__

*The Court of Appeals hereby passes the following order:*

## A25A0432. UNTA DURAN MATTOX v. THE STATE.

In April 2022, Unta Mattox pled guilty to multiple offenses, including aggravated assault. On August 13, 2024, Mattox filed a "motion for void sentence/involuntary plea/failure to arraign," arguing that the court never arraigned him and thus his convictions should be vacated as void. The trial court dismissed the motion, and Mattox filed both an application for discretionary appeal and this direct appeal. We dismissed the discretionary application on the basis that Mattox is not permitted to collaterally attack his conviction in this manner. See Case No. A25D0065 (Oct. 9, 2024). This appeal is similarly flawed.

As we informed Mattox in our previous dismissal order, a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case," and an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Mattox is not authorized to challenge his convictions in this manner, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __10/25/2024__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.